UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER HARDIN ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:21-CV-6-FL |
| KILOLO KIJAKAZI, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion and defendant's stipulation for attorney fees under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 21, 2022, that defendant pay to plaintiff $5,646.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on December 21, 2022, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)


December 21, 2022                    PETER A. MOORE, JR., CLERK

                                     /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk